of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Wesley Leroy Sischo, pro se.* No appearance for respondent.

No. 949. LINDSEY ET AL. *v.* WASHINGTON. April 25, 1938. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis*, denied. *E. R. Lindsey, pro se.* No appearance for respondent.

No. 829. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* KINGS COUNTY DEVELOPMENT Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Acting Solicitor General Bell* for petitioner. *Mr. Bradford M. Melvin* for respondent.

No. 848. GORNEY ET AL. *v.* TRUSTEES OF MILWAUKEE COUNTY ORPHANS BOARD. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George C. Brown* for petitioners. *Mr. Albert B. Houghton* for respondents.

No. 850. ITALIA FLOTTE RIUNITE COSULICH ET AL. *v.* KATZ ET AL. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Homer L. Loomis* for petitioners. *Mr. Forrest E. Single* for respondents.